**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:09cr78**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **MARIA ESTHER CASTILLO.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for

Order Directing Payment of Transportation Expenses.  [Doc. 36].[1]

In her motion, the Defendant seeks an Order directing the United

States Marshals Service to provide her with transportation and other costs

associated with the Defendant's upcoming trip from Boca Raton, Florida to

Charlotte, North Carolina for her sentencing hearing in the above-

referenced matter.  The Defendant's counsel represents that she has

consulted with counsel for the Government and that the Government has

no opposition to this request.

_____

[1]Though the Defendant initially filed this as an *ex parte* motion under seal, after conferring with the Court's chambers, the Defendant agreed to unseal the motion and provide a copy of the motion to counsel for the Government.

Section 4285 of Title 18 of the United States Code provides, in pertinent part, as follows:

> Any judge or magistrate judge of the United States ... may, when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

18 U.S.C. § 4285.

After careful review of the Defendant's motion, as well as the entire record in this case, the Court finds that the Defendant is indigent and is financially unable to provide the necessary transportation to appear before the Court on her own. Thus, consistent with the language of 18 U.S.C. § 4285, the Court finds that the efficient administration and interests of justice require that the Defendant's motion be allowed.

Accordingly, **IT IS, THEREFORE, ORDERED** that the United States Marshals Service is **DIRECTED** to provide the Defendant Maria Castillo with non-custodial transportation, or furnish the fare for such transportation, from Boca Raton Florida, to Charlotte, North Carolina, so that the Defendant may appear for her sentencing hearing in federal court in Charlotte, North Carolina, on April 8, 2010 at 9:30 a.m.

**IT IS FURTHER ORDERED** that the United States Marshals Service is to furnish the Defendant Maria Castillo with an amount of money for subsistence expenses while en route to her destination, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

The Clerk of Court is directed to provide copies of this Order to counsel for the Defendant, counsel for the Government, and to the United States Marshals Service.

**IT IS SO ORDERED.**

Signed: March 25, 2010

Martin Reidinger
United States District Judge